Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| YVONNE KISS, ) | Case No.: 2:08-cv-03019-WBS-EFB |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  NOW COMES the Plaintiff, YVONNE KISS, and Defendant, NCO FINANCIAL SYSTEMS, INC., by and through the undersigned counsel and hereby inform the court that they have reached settlement of the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 30 days.

  The Parties therefore jointly request that this honorable court vacate all dates currently set on calendar for the present matter.

                                      Respectfully Submitted,

DATED: January 21, 2008         KROHN & MOSS, LTD.


                                By:  _____/s/ Nicholas J. Bontrager_____ _

                                      Nicholas J. Bontrager
                                      Attorney for Plaintiff