1  Ryan Lee, Esq. (SBN 235879)
2  Nick Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
3  10635 Santa Monica Blvd., Suite 170
   Los Angeles, CA 90025
4  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
5  nbontrager@consumerlawcenter.com

6  Attorneys for Plaintiff, YVONNE KISS

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| YVONNE KISS,<br><br>    Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | **Case No. 08 CV 03019-WBS-EFB**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

Plaintiff, YVONNE KISS, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on December 12, 2008. NCO filed its response to the complaint on January 14, 2009. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 2/23/09   KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
Yvonne Kiss

Dated: 2/23/09   SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/Albert R. Limberg,
Albert R. Limberg, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: March 2, 2009

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation of Dismissal and [Proposed] Order